# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MBLAST INC., <br><br> Plaintiff, <br><br> v. <br><br> DATASIFT INC.; DATASIFT SOLUTIONS INC. <br><br> Defendants. | Case No. 2:16-cv-0047 (RWS) |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulation for Dismissal With Prejudice of all claims asserted between plaintiff MBlast Inc. and defendants DataSift Inc. and DataSift Solutions Inc. in this case, and the Court being of the opinion that said motion should be GRANTED.

It is hereby ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by plaintiff MBlast Inc. against defendants DataSift Inc. and DataSift Solutions, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 7th day of April, 2016.**

*Robert W Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE