# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MBLAST INC., <br><br>    Plaintiff, <br><br> v. <br><br> DATASIFT INC.; DATASIFT SOLUTIONS INC. <br><br>    Defendants. | Case No. 2:16-cv-0047 (RWS) |

## FINAL JUDGMENT

Pursuant to the Stipulated Motion for Dismissal with Prejudice filed by MbLast, Inc. and DataSift, Inc. and DataSift Solutions, Inc., the Court hereby enters Final Judgment in the above matter.

IT IS HEREBY ORDERED that the above-entitled and numbered cause of action is DISMISSED WITH PREJUDICE.  All costs are to be borne by the party incurring same.

All motions by either party not previously ruled on are hereby denied.

The Clerk of the Court is directed to close this case.

**SIGNED this 7th day of April, 2016.**

                 *Robert W. Schroeder III*
                 ROBERT W. SCHROEDER III
                 UNITED STATES DISTRICT JUDGE